IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL MIRABAL,

    Petitioner,

v.                                            No. 1:18-cv-1024-WJ-JHR
                                             (No. 1:13-cr-1152-WJ)

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

    **THIS MATTER** having come before the Court under 28 U.S.C. §§ 636(b)(1) and 2255 on Petitioner Gabriel Mirabal's Amended Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 (CV Doc. 20; CR Doc. 424) and the Court having entered its Memorandum Opinion and Order overruling Petitioner Mirabal's Objections (CV Doc. 66, 93) and adopting the Magistrate Judge's Proposed Findings and Recommended Dispositions (CV Doc. 64, 91),

    **IT IS ORDERED** that **JUDGMENT** is hereby entered and Petitioner Gabriel Mirabal's Amended Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 (CV Doc. 20; CR Doc. 424) is **DISMISSED** with prejudice.

_____
CHIEF UNITED STATES DISTRICT JUDGE