Gabriel Mirabal, Reg. No. 72300-051
USP Lee
U.S. Penitentiary
PO Box 305
Jonesville, VA 24263

*Pro Se*

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 01 2024

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| GABRIEL MIRABAL,<br><br>　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Respondent. | No. 1:18-CV-01024-WJ-JHR<br>(No. 1:13-CR-01152-WJ)<br><br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Petitioner Gabriel Mirabal appeals to the United States Court of Appeals for the Tenth Circuit from the judgment imposed on March 8, 2024 in this case. (ECF No. 587.) Once the appeal is docketed, Petitioner will file a motion for a certificate of appealability with the Tenth Circuit. *See* Fed. R. App. P. 22(b); 10th Cir. R. 22.1.

Respectfully submitted,

Dated: March 25 2024

_____
GABRIEL MIRABAL
Pro Se

Gabriel Mirabal #72300-051
United States Penitentiary Lee
P.O. Box 305
Jonesville, VA
24263-0305

KNOXVILLE TN 377
27 MAR 2024 PM 4 L

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 01 2024
MITCHELL R. ELFERS
CLERK

87102-227470

Office of the Clerck
United States Court House
District of New Mexico
333 Lomas Blvd, Suite 270
Albuquerque, NM
87102